In the Matter of the Application of JAMES B. EVELINE for a Writ of Mandamus.

JAMES B. EVELINE, Appellant; WILLIAM K. MANSFIELD et al., Respondents.

*Matter of Eveline*, 45 App. Div. 628, affirmed.
(Argued April 17, 1900; decided May 1, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1899, affirming an order of Special Term denying an application for a peremptory writ of mandamus.

*J. W. Atkinson* for appellant.

*Thomas O'Connor* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Absent: VANN, J. Not sitting: LANDON, J.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLINTON H. SMITH, Appellant, *v.* PETER C. DOYLE et al., Composing a Board of Examination Appointed by General Orders No. 7, Headquarters State of New York, Adjutant-General's Office, May 1, 1899, et al., Respondents.

*People ex rel. Smith* v. *Doyle*, 44 App. Div. 402, affirmed.
(Submitted April 17, 1900; decided May 1, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1899, affirming an order of Special Term denying an application for a writ of prohibition.

*Alexander S. Bacon* for appellant.

*John H. Coyne* and *John C. Davies* for respondents.

Order affirmed, with costs, on opinions below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.